CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Matthew Robert Guzman**; DOB: 1983; United States<br>**Alejandro Escobar**; DOB: 1990; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-01674MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 1, 2022, in the District of Arizona, **Matthew Robert Guzman** and **Alejandro Escobar**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Pedro Morales-Dimas within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of private financial gain, all in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 1, 2022, in the District of Arizona (Sonoita), a United States Border Patrol Agent (BPA) was watching traffic on State Route 82, and noticed a silver Chrysler 300 that pulled out as if to pass an RV and then pulled back into the lane of travel without having done so. BPA followed the vehicle, made additional observations, and conducted a vehicle stop. Inside the passenger compartment of the vehicle was the driver, identified as **Matthew Robert Guzman**, and front passenger, identified as **Alejandro Escobar**. The BPA asked if anyone was in the trunk, to which **Guzman** admitted there were three people in the trunk. The BPA opened the trunk, and found three people inside and determined all three, including Pedro Morales-Dimas, were citizens of Mexico, without the proper immigration documentation to enter or remain in the U.S. legally.

Records checks revealed that Pedro Morales-Dimas was previously removed from the U.S. on April 7, 2022.

In a post-*Miranda* statement, **Guzman** stated he was put in touch with a coordinator to smuggle illegal aliens, and he was expecting to receive $1,000 per person that he transported. **Guzman** further stated **Escobar** was going to receive a share of the profits. **Guzman** admitted he has transported illegal aliens several times in the past. **Guzman** stated that the illegal aliens were initially crouching in the back seat, but when they saw BPAs, **Escobar** told them to fold down the seats and crawl into the trunk.

In a post-*Miranda* statement, **Escobar** admitted he is illegally present in the United States, and that he met **Guzman** the day before. **Escobar** admitted he knew they were transporting three illegal aliens, and that it was his idea to have them hide in the trunk. **Escobar** stated he expected to receive payment for transporting them.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge<br>AUTHORIZED BY:  AUSA HNS/lw | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 2, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54